ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, DANIEL RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 1:06-MJ-104 |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| DANIEL RIOS, ) | |
| Defendant. ) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the arraignment scheduled for May 10, 2006, be continued until May 24, 2006 at 10:30 a.m. in the above-entitled court.

    This request is made to allow defense counsel additional time to review discovery and for investigation and case preparation.

    Defendant DANIEL RIOS, residing in El Monte, California, hereby waives his personal presence and agrees to allow his attorney, ROGER K. LITMAN, to represent him at the hearing scheduled for May 10, 2006.  Defendant DANIEL RIOS further consents to have his attorney schedule dates for any further hearings, including trial setting.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

| | | |
|---|---|---|
| 1 | DATED: May 9, 2006 | /s/ Daniel Rios<br>DANIEL RIOS |
| 2 | | |
| 3 | DATED: May 9, 2006 | /s/ Stanley Boone<br>STANLEY BOONE |
| 4 | | Assistant United States Attorney<br>This was agreed to by Mr. Boone |
| 5 | | via telephone, on May 8, 2006 |
| 6 | | |
| 7 | DATED: May 9, 2006 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant |
| 8 | | DANIEL RIOS |

9  IT IS SO ORDERED.

10  **Dated:   May 10, 2006**             /s/ **Lawrence J. O'Neill**
    b9ed48                                UNITED STATES MAGISTRATE JUDGE

2